IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:14CR00246-AGF-DDN |
| | ) | |
| BRIAN LEE LORD, | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF THE DEFENDANT REGARDING SENTENCING

COMES NOW Nicholas Williams, counsel for defendant, and notes for purposes of sentencing defendant in the above-referenced matter the potential 3553(a) factors discussed in Paragraph 153 of the Presentence Investigation Report.

Further, counsel for defendant informs this Honorable Court that testimony on behalf of defendant will not be presented at the sentencing hearing in the above-referenced matter, which is currently set for September 18, 2017, at 3:30 p.m.

Dated: September 8, 2017                     Respectfully submitted,

/s/ Nicholas Williams
Nicholas Williams, #62617MO
1520 Washington Avenue, Suite 226
St. Louis, Missouri 63103
Phone: (314) 863-6363
Fax:    (314) 727-2869

*Attorney for Defendant Brian Lee Lord*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of September, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Assistant United States Attorney.

/s/ Nicholas Williams
Nicholas Williams